914 A.2d 1291

IN THE MATTER OF JAMES A. KEY, JR., AN ATTORNEY AT LAW.

February 9, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–272, concluding that **JAMES A. KEY, JR.,** of **FORDS,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.15(d)(negligent misappropria-

tion of client funds) and *Rule* 1:21–6 (recordkeeping violations), and good cause appearing;

It is ORDERED that **JAMES A. KEY, JR.,** is hereby reprimanded; and it is further

ORDERED that respondent shall enroll in and complete a course in trust accounting approved by the Office of Attorney Ethics within six months of the filing date of this Order and shall submit satisfactory proof of completion thereof to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.